**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHERYLENE HAMILTON,**

        **Plaintiff,**

**-vs-**                                              **Case No.  6:05-cv-592-Orl-22JGG**

**FRITO-LAY, INC.,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement and Motion to Dismiss Case with Prejudice (Doc. No. 41) filed on November 16, 2006.

The United States Magistrate Judge has submitted a Report recommending that the Motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed January 8, 2007 (Doc. No. 45) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion for Approval of Settlement and Motion to Dismiss Case with Prejudice (Doc. No. 41) are **GRANTED**.

3.    The Court hereby **APPROVES** the Settlement Agreement.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 26, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record